(November 12, 1943.)

In the Matter of ANTHONY B. MANZELLA, an Attorney, Respondent. BROOKLYN BAR ASSOCIATION, Petitioner.—

Present — Hagarty, Carswell, Johnston, Adel and Lewis, JJ.

(November 15, 1943.)

DAHLIA BARRATT et al., Respondents, v. TRIANGLE CONDUIT & CABLE CO., INC., Defendant, and INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 3, Defendant-Appellant.—

No opinion. Close, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

JOHN H. BURTON et al., as Trustees, Respondents, v. JOSEPH JOFFE, Appellant, et al., Defendants.—

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.